1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700
   (916) 554-2900 FAX
5

6  Attorney for Plaintiff
   United States of America
7

**FILED**

JUL 2 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  CASE NO. 2:13-CR-0250 JAM
12 |         Plaintiff,               )
13 |    v.                            )  VIOLATION: 18 U.S.C. § 2252
                                      )  (A)(4)(B) - POSSESSION OF CHILD
14 | OREST SHAYNYUK,                  )  PORNOGRAPHY; 18 U.S.C. § 2253 -
                                      )  CRIMINAL FORFEITURE
15 |         Defendant.               )
                                      )
16 | _____  )

17

18                  I N F O R M A T I O N

19       The United States Attorney charges: T H A T

20                  OREST SHAYNYUK,

21 defendant herein, on or about July 10, 2013, in Sacramento County, State and Eastern

22 District of California, and elsewhere, did knowingly possess and knowingly access with

23 intent to view, matter which contained visual depictions that had been transported using

24 a means and facility of interstate and foreign commerce, and in and affecting interstate

25 and foreign commerce, and which was produced using materials which had been so

26 transported, by any means, including by computer, where the production of such visual

27 depictions involved the use of a minor engaged in sexually explicit conduct and such

28 visual depictions were of such conduct, as defined in Title 18, United States Code, Section

2256(2), all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253 – Criminal Forfeiture]

Upon conviction for violating 18 U.S.C. § 2252(a)(4)(B), as alleged in this Information, defendant OREST SHAYNYUK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, his interest in any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the aforementioned violation; and any and all property used or intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

1) Computer seized from the defendant's residence on July 10, 2013;

2) iPhone seized from the defendant's residence on July 10, 2013;

3) iPad seized from the defendant's residence on July 10, 2013; and

4) Scion sedan with license plate 6MCA579xB seized from the defendant's residence on July 10, 2013.

If any property subject to forfeiture, as a result of the offenses alleged in this Information cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the property subject to forfeiture.

Dated:                                                  Respectfully Submitted,

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

                                              By:       /s/ Kyle Reardon
                                                        KYLE REARDON
                                                        Assistant U.S. Attorney

## PENALTY SLIP

**DEFENDANT:**   Orest SHAYNYUK

VIOLATION:   18 U.S.C. § 2252 (A) (4) (B) - Possession of Child Pornography

PENALTY:   Not more than $250,000 fine; or
Not more than 10 years imprisonment, or both;
Life supervised release .