# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
oOo

**FILED**
JUL 2 5 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

OREST SHAYNYUK

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:13-CR-00250 JAM

I, OREST SHAYNYUK, the above named defendant, who is accused of Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on July 25, 2013, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

July 25, 2013

_____
OREST SHAYNYUK
Defendant

_____
KYLE KNAPP
Attorney for Defendant

Before _____
KENDALL J. NEWMAN
United States Magistrate Judge