KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OREST SHAYNYUK.<br><br>　　　　Defendant. | No. 13-CR-00250-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:　August 20 2013<br>Time:　9:45am.<br>Judge:　Honorable John A. Mendez |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Orest Shaynyuk that the previously-scheduled status conference, currently set for August 6, 2013, be vacated and that the matter be set for status conference on August 20, 2013 at 9:45 a.m.

　　　This continuance is requested to allow defense counsel additional time to further review the discovery in this matter, have his investigator view the evidence and to continue exploring resolution of the case.

　　　IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 2, 2013 up to and including August 20, 2013.

IT IS SO STIPULATED.

Dated:  August 2, 2013                    BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY

                                    by:   /s/ Kyle Knapp for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated:  August 2, 2013                    /s/ Kyle Knapp
                                          KYLE KNAPP
                                          Attorney for Defendant
                                          OREST SHAYNYUK

## ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's August 6, 2013 criminal calendar and re-calendared for status conference on August 20, 2013 at 9:45 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on August 2, 2013 through and including August 20, 2013.

**IT IS SO ORDERED**.

Dated: 8/5/2013                                          /s/ John A. Mendez
                                                                     HON. John A. Mendez
                                                                     United States District Court Judge