KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 13-CR-00250-JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER CONTINUING CASE AND |
| v. | ) EXCLUDING TIME |
| | ) |
| OREST SHAYNYUK. | ) Date:  December 3 , 2013 |
| | ) Time:  9:45am. |
| Defendant. | ) Judge:  Honorable John A. Mendez |
| | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Orest Shaynyuk that the previously-scheduled status conference, currently set for October 29, 2013, be vacated and that the matter be set for status conference on December 3, 2013 at 9:45 a.m.

This continuance is requested to allow defense counsel additional time to further review the discovery in this matter, have his investigator view the forensic evidence and to continue exploring resolution of the case.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, October 24, 2013 up to and including December 3, 2103.

IT IS SO STIPULATED.

Dated:  October 24, 2103                                      BENJAMIN B. WAGNER
                                                              UNITED STATES ATTORNEY

                                                        by:   /s/ Kyle Knapp for
                                                              KYLE REARDON
                                                              Assistant U.S. Attorney
                                                              Attorney for Plaintiff

Dated:  October 24, 2013                                      /s/ Kyle Knapp
                                                              KYLE KNAPP
                                                              Attorney for Defendant
                                                              OREST SHAYNYUK

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's October 29, 2013 criminal calendar and re-calendared for status conference on December 3, 2013.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on October 24, 2013 through and including December 3, 2013.

**IT IS SO ORDERED**.

Dated:  10/24/2013                                          /s/ John A. Mendez                    
                                                                                  HON. John A. Mendez
United States District Court Judge