FILED
NOV 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

KYLE R. KNAPP, #166597
Attorney at Law
1120 D Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-4717

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CR-00250-JAM |
| Plaintiff, | |
| v. | **ORDER PERMITTING TRAVEL TO ATTEND FUNERAL** |
| OREST SHAYNYUK, | |
| Defendant. | Judge: Hon. Edmund F. Brennan |

On November 13, 2013, the Court heard defendant's motion that he be released temporarily to the third-party custody of Max Herrera, an investigator employed by the Federal Panel for the purpose of attending memorial services in Sacramento for his maternal grandfather.

The funeral service will be held on Thursday, November 14, 2013, at 11:0 a.m. at Sylvan Cemetery District, 7401 Auburn Blvd., Citrus Heights, CA and there will be a memorial thereafter at the Slavic Trinity Church 5341 Auburn Blvd, Sacramento, CA 95841.

Accordingly, the Marshal is ordered to release Mr. Shaynyuk to the custody of Mr. Herrera at ~~8:30~~ *9:00 am*, who shall escort Mr. Shaynyuk to the

1  services described above. Mr. Herrera will return Mr. Shaynyuk to the
2  Marshals in Sacramento no later than 3:30 p.m. on Thursday, November 14,
3  2013. In addition, _EB_
4  Mr. Shaynyuk shall remain in the presence
5  of Mr. Herrera at all times during
6  this release.
7  _____.

9  IT IS SO ORDERED.

11 Dated: November 14, 2013

   HON. EDMUND C. BRENNAN
12 United States Magistrate Judge

Mot. for temporary release                -2-