FILED
November 13, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13-cr-00250-JAM |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR TEMPORARY |
| OREST SHAYNYUK, ) | RELEASE OF |
| Defendant. ) | PERSON IN CUSTODY |
| ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release OREST SHAYNYUK, Case No. 2:13-cr-00250-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release to the third-party custody of Max Herrera

____   Bail Posted in the Sum of: $

    ____   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

__X__   (Other) The Defendant is ordered released on 11/14/2013 at 9:00 a.m. and is to be returned to custody by 3:30 p.m. on 11/14/2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  11/13/2013  at  2:25 pm.

By  _____
Edmund F. Brennan
United States Magistrate Judge