KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-CR-00250-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. | |
| OREST SHAYNYUK. | Date: March 11 , 2014<br>Time: 9:45am.<br>Judge: Honorable John A. Mendez |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Orest Shaynyuk that the previously-scheduled status conference, currently set for February 18, 2014, be vacated and that the matter be set for status conference on March 11, 2013 at 9:45 a.m.

This continuance is requested to allow defense counsel additional time to finalize the plea agreement in this matter, confer with his expert regarding the forensic evidence and further research a disputed guideline provision.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 14, 2014 up to and including March 11, 2014.

IT IS SO STIPULATED.

Dated:  February 14, 2014                         BENJAMIN B. WAGNER
                                                  UNITED STATES ATTORNEY

                                            by:   /s/ Kyle Knapp for
                                                  KYLE REARDON
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated:  February 14, 2014                         /s/ Kyle Knapp
                                                  KYLE KNAPP
                                                  Attorney for Defendant
                                                  OREST SHAYNYUK

**[ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's February 18, 2014 criminal calendar and re-calendared for status conference on March 11, 2014.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on February 14, 2014 through and including March 11, 2014.

**IT IS SO ORDERED**.

Dated:  2/14/2014                                              /s/ John A. Mendez
                                                                               HON. John A. Mendez
                                                                               United States District Court Judge