KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OREST SHAYNYUK.<br><br>Defendant. | No. 13-CR-00250-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date:  December 9, 2014<br>Time:  9:30am.<br>Judge: Honorable John A. Mendez |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Christopher Hales, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Orest Shaynyuk, that the previously-scheduled sentencing hearing, currently set for October 28, 2014, be vacated and that the matter be set for sentencing on December 9, 2014 at 9:30 a.m.

    This continuance is requested to allow defense counsel additional time to further develop mitigation evidence and to augment its response to some of the findings in the pre-sentence report.

    Counsel contacted United States Probation Officer, Lisa Hage, and she had no objection to the new date. In addition, the following revised sentencing schedule is agreed upon:

1

Judgment and Sentencing date - December 9, 2014; Reply or Statement of Non-Opposition due – December 2, 2014; Motion for Correction of the Presentence Report – November 25, 2014; Presentence Report filed with the Court – November 18, 2014; and finally, Counsel's written objections due – November 11, 2014.

IT IS SO STIPULATED.

Dated:  September 30, 2014                            BENJAMIN B. WAGNER
                                                                            UNITED STATES ATTORNEY

                                                          by:     /s/ Kyle Knapp for
                                                                            CHRITOPHER HALES
                                                                            Assistant U.S. Attorney
                                                                            Attorney for Plaintiff

Dated:  September 30, 2014                            /s/ Kyle Knapp
                                                                            KYLE KNAPP
                                                                            Attorney for Defendant
                                                                            OREST SHAYNYUK

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's October 28, 2014 criminal calendar and re-calendared for judgment and sentencing on December 9, 2014.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date - December 9, 2014; Reply or Statement of Non-Opposition – December 2, 2014; Motion for Correction of the Presentence Report – November 25, 2014; Presentence Report filed with the Court – November 18, 2014; Counsel's written objections due – November 11, 2014.

**IT IS SO ORDERED**.

Dated: 10/1/2014

/s/ John A. Mendez_____
HON. John A. Mendez
United States District Judge