KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 13-CR-00250-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | |
| ) | Date: December 9, 2014 |
| OREST SHAYNYUK. ) | Time: 9:30am. |
| ) | Judge: Honorable John A. Mendez |
| Defendant. ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Christopher Hales, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Orest Shaynyuk, that the previously-scheduled sentencing hearing, currently set for December 9, 2014, be vacated and that the matter be set for sentencing on December 16, 2014 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to further develop mitigation evidence and to augment its response to some of the findings in the pre-sentence report.

Counsel contacted United States Probation Officer, Lisa Hage, and she had no objection to the new date. In addition, the following revised sentencing schedule is agreed upon:

Judgment and Sentencing date - December 16, 2014; Reply or Statement of Non-Opposition due – December 9, 2014; Motion for Correction of the Presentence Report – December 2, 2014; Presentence Report filed with the Court – November 25, 2014; and finally, Counsel's written objections due – November 18, 2014.

IT IS SO STIPULATED.

Dated:  November 12, 2014                                          BENJAMIN B. WAGNER
                                                                   UNITED STATES ATTORNEY

                                                       by:         /s/ Kyle Knapp for
                                                                   CHRISTOPHER HALES
                                                                   Assistant U.S. Attorney
                                                                   Attorney for Plaintiff

Dated:  November 12, 2014                                          /s/ Kyle Knapp
                                                                   KYLE KNAPP
                                                                   Attorney for Defendant
                                                                   OREST SHAYNYUK

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's December 9, 2014 criminal calendar and re-calendared for judgment and sentencing on December 16, 2014.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date - December 16, 2014; Reply or Statement of Non-Opposition – December 9, 2014; Motion for Correction of the Presentence Report – December 2, 2014; Presentence Report filed with the Court – November 25, 2014; Counsel's written objections due – November 18, 2014.

**IT IS SO ORDERED**.

Dated:  11/13/2014

/s/ John A. Mendez\
HON. John A. Mendez\
United States District Court Judge