KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OREST SHAYNYUK.<br><br>    Defendant. | No. 13-CR-00250-JAM<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING<br><br>Date:  December 9, 2014<br>Time:  9:30am.<br>Judge:  Honorable John A. Mendez |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Christopher Hales, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Orest Shaynyuk, that the previously-scheduled sentencing hearing, currently set for December 16, 2014, be vacated and that the matter be set for sentencing on January 27, 2015 at 9:30 a.m.

    This continuance is requested to allow defense counsel additional time to further develop mitigation evidence and to augment its response to some of the findings in the pre-sentence report.  In addition, counsel just finished a long homicide trial on November 20, 2014. United States Probation Officer, Lisa Hage, also had no objection to the new date, and indeed is currently out of the office for the several weeks.

As a result, the following revised sentencing schedule is agreed upon: Judgment and Sentencing date – January 27, 2015; Reply or Statement of Non-Opposition due – January 20, 2015; Motion for Correction of the Presentence Report – January 13, 2015; Presentence Report filed with the Court – January 6, 2016; and finally, Counsel's written objections due – December 30, 2014.

IT IS SO STIPULATED.

Dated:  November 21, 2014                                    BENJAMIN B. WAGNER
                                                             UNITED STATES ATTORNEY

                                              by:    /s/ Kyle Knapp for
                                                     CHRISTOPHER HALES
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

Dated:  November 21, 2014                            /s/ Kyle Knapp
                                                     KYLE KNAPP
                                                     Attorney for Defendant
                                                     OREST SHAYNYUK

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's December 16, 2014 criminal calendar and re-calendared for judgment and sentencing on January 27, 2015.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date – January 27, 2015; Reply or Statement of Non-Opposition – January 20, 2015; Motion for Correction of the Presentence Report – January 13, 2015; Presentence Report filed with the Court – January 6, 2015; Counsel's written objections due – December 30, 2014.

   **IT IS SO ORDERED**.

Dated: 11/25/2014

                                                     /s/ John A. Mendez
                                                     HON. John A. Mendez
                                                     United States District Court Judge