KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OREST SHAYNYUK.<br><br>Defendant. | No. 13-CR-00250-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date:  February 17, 20115<br>Time:  9:30am.<br>Judge:  Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Christopher Hales, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant, Orest Shaynyuk, that the previously-scheduled sentencing hearing, currently set for February 3, 2015, be vacated and that the matter be set for sentencing on February 17, 2015 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to further develop mitigation evidence and to augment its response to some of the findings in the pre-sentence report.  In addition, counsel unexpectedly finished a manslaughter trial yesterday and needs a bit more time to develop his sentencing memorandum.  United States Probation Officer, Lisa Hage, also had no objection to the new date.

As a result, the following revised sentencing schedule is agreed upon: Judgment and Sentencing date – February 17, 2015; Reply or Statement of Non-Opposition due – February 10, 2015.

IT IS SO STIPULATED.

Dated: January 27, 2015                                             BENJAMIN B. WAGNER
                                                                    UNITED STATES ATTORNEY

                                                          by:      /s/ Kyle Knapp for
                                                                    CHRISTOPHER HALES
                                                                    Assistant U.S. Attorney
                                                                    Attorney for Plaintiff

Dated: January 27, 2015                                             /s/ Kyle Knapp
                                                                    KYLE KNAPP
                                                                    Attorney for Defendant
                                                                    OREST SHAYNYUK

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's February 3, 2015 criminal calendar and re-calendared for judgment and sentencing on February 17, 2015 at 9:30 a.m.

The revised sentencing schedule shall be as follows:  Judgment and Sentencing date – February 17, 2015; Reply or Statement of Non-Opposition – February 10, 2015.

**IT IS SO ORDERED**.

Dated: 1/28/2015                                            /s/ John A. Mendez
                                                            HON. John A. Mendez
                                                            United States District Court Judge