# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

| | | | |
|---|---|---|---|
| **Name of Offender:** | Orest Shaynyuk | **Docket Number:** | 2:13CR00250-01 |
| **Name of Judicial Officer**: | United States District Judge John A. Mendez | | |
| **Date of Original Sentence:** | 2/17/2015 | | |

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography (CLASS C FELONY)

**Original Sentence:** 57 months custody Bureau of Prisons; 120-month term of Supervised Release; $100 special assessment; Mandatory drug testing waived; No firearms; DNA collection; Sex offender registration.

**Special Conditions:**

1. Financial Disclosure
2. Financial Restrictions
3. Pager/Cellular Phone Restriction
4. Aftercare Co-payment
5. Search - Sex Offender
6. No On-Line Computer Access
7. No Contact With All Minors
8. Computer Inspection
9. Pornography Restriction
10. Phone Record Disclosure
11. Notice to Employer of Computer Restriction
12. Sex Offender Treatment
13. Pre-Approved Residence
14. Registration (sex)

| | |
|---|---|
| **Type of Supervision:** | Supervised Release |

RE: **Orest Shaynyuk**                                Docket Number: **2:13CR00250-01**

**Date Supervision Commenced:**     10/3/2017

**Other Court Actions:**    None

## PETITIONING THE COURT

☒ **TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following conditions(s) of supervision:

**Charge Number**        **Nature of Violation**

**Charge 1:**            **NEW LAW VIOLATION**

On May 3, 2020, the releasee used a minor for obscene matter, in violation of California Penal Code Section 311.4(A) – Use of Minor for Obscene Matter, with a Prior (felony). This conduct is in violation of the Mandatory condition of Probation which states, "The defendant shall not commit another federal, state, or local crime," a Grade B Violation.

**Charge 2:**            **NEW LAW VIOLATION**

On May 3, 2020, the releasee possessed matter depicting a minor in a sexual act, in violation of California Penal Code Section 311.11(B) – Possession of Matter Depicting Minor in a Sexual Act, with a Prior (felony). This conduct is in violation of the Mandatory condition of Probation which states, "The defendant shall not commit another federal, state, or local crime," a Grade B Violation.

**Charge 3:**            **NEW LAW VIOLATION**

On May 3, 2020, the releasee communicated with a minor for purposes of lewd acts, in violation of California Penal Code Section 288.3(A) – Communicating with a Minor for Purposes of Lewd Acts (felony). This conduct is in violation of the Mandatory condition of Probation which states, "The defendant shall not commit another federal, state, or local crime," a Grade B Violation.

**Justification:** On May 7, 2020, officers from the Sacramento County Sheriff's Department (SSD) received a Cyber tip from the National Center for Missing and Exploited Children regarding a subject uploading files of child pornography to a Snapchat Account.

RE: **Orest Shaynyuk**                                    Docket Number: **2:13CR00250-01**

Snapchat is a mobile application made by Snap Inc. ("Snap") and available through the iPhone App Store and Google Play Store. The Snapchat app provides users a way to share moments with photos, videos, and chats.

Snapchat indicated members of their Trust and Safety Team observed images and reported them as suspected child pornography. Snapchat indicated these images had been sent by the user with the phone number "9165473228", and the screen name of "noahscotia69". Snapchat also provided and IP address of "73.116.101.140 on May 3, 2020 00:22:02 UTC". Through a thorough investigation, officers were able to confirm Orest Shaynyuk was the Comcast subscriber assigned to the above IP address. Comcast also confirmed Shaynyuk's address.

Officers drove by the reported residence for Shaynyuk on May 18, 2020, and observed a vehicle registered in his name. Officers also received mapping on May 19, 2020, of the information from AT&T for the prepaid phone number provided by Snapchat. Per the mapping, there were approximately 287 activations where Shaynyuk's address was inside the radius border.

On May 27, 2020, SSD officers learned of an additional tip reported to their department. The anonymous tip indicated Shaynyuk was in possession of two phones, one being a rose gold iPhone. The tip stated Shaynyuk utilized various websites to find and engage with underage girls. The tip also provided his last known Snapchat username, "@/noahscotia69".

On June 24, 2020, officers from the SSD served a search warrant at Shaynyuk's residence. Upon entry, officers learned Shaynyuk was residing in the in-law quarters, located outside the main house in the backyard area. Officers made contact with Shaynyuk and awoke him from his sleep. Once Shaynyuk was detained and the residence was cleared, officers commenced their search. During the search of the in-law quarters, officers located a rose gold iPhone laying partially covered on the bed where Shaynyuk was just observed sleeping. Officers asked Shaynyuk about the iPhone. He stated he didn't know anything about it. When he was asked if his fingerprints would be on it, there was a long moment of silence and then he said he didn't know. He was then asked if his DNA would be on it. At that point Shaynyuk requested an attorney and the interview was terminated. Shaynyuk was not arrested on that date.

On June 29, 2020, officers received information from Snapchat in response to a search warrant. When reviewing the material, officers located approximately 51 chats, the majority of which involved minors. In most of these chats, even after the minor indicated they were under the age of 18, they were asked for pictures and subjected to other sexual conversation. Some of these chats also included photos or videos.

In one of the chats Shaynyuk responds with, "13 yr old pussy" with three emoji's that depict a drooling face. In another chat, images were included that showed a close-up of a naked girl's

RE: **Orest Shaynyuk**            Docket Number: **2:13CR00250-01**

genital area as well as videos showing a girl digitally penetrating herself with her fingers. One of the responses from Shaynyuk during that chat included, "Mmm fuck I wish you were my little sister" with an emoji depicting a crying face. During another chat Shaynyuk stated, "I'm high afff lol…You should be too…come get highhh".

Upon further investigation of Shaynyuk's Snapchat account, it was discovered he used "2-17-2005" as his date of birth, which would make him 15.

On August 4, 2020, Shaynyuk self-surrendered on a State warrant for the above conduct. The case remains pending in the County of Sacramento (Case Number: 20FE012045). A Settlement Conference has been set for September 25, 2020.

     **Custody Status/Location** – *In Custody/Sacramento County Main Jail*

     **Booking/CDCR Number** – *X-Reference Number 4640274*

**Detention:** Shaynyuk is currently in custody. Based on Shaynyuk's behavior it is recommended a warrant be issued and lodged as a detainer. Further, based on the above, it appears Shaynyuk is a danger to the community. He does not appear to be a flight risk, as he self-surrendered on State charges.

**I declare under penalty of perjury that the following is true and correct.**

    **EXECUTED ON:**    **August 28, 2020**
                             **Roseville, California**

Respectfully submitted,

*Miranda L. Lutke*

**MIRANDA L. LUTKE**
**United States Probation Officer**
Telephone: (916) 786-2989

**DATED:**    8/28/2020

Reviewed by,

**MICHAEL K. MCFARLAND**
**Supervising United States Probation Officer**

RE: **Orest Shaynyuk**          Docket Number: **2:13CR00250-01**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.


DATED: August 28, 2020          /s/ John A. Mendez_____

                                                       United States District Court Judge


CC:
United States Probation
Assistant United States Attorney: Christopher Stanton Hales
United States Marshal Service

RE: **Orest Shaynyuk**                                    **Docket Number: 2:13CR00250-01**

# STATEMENT OF EVIDENCE OF ALLEGED SUPERVISED RELEASE VIOLATIONS

Honorable John A. Mendez
United States District Judge
Sacramento, California

                **RE:**    **Shaynyuk, Orest**
                         **Docket Number: 2:13CR00250-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:  NEW LAW VIOLATION**
    a. **Evidence:**

        i. Sacramento County Sheriff's Department Incident Report Number 2020-0147890, dated May 18, 2020.

    b. **Witnesses:**

        i. Officers from the Sacramento County Sheriff's Department will testify to Shaynyuk's violation conduct.

**Charge 2:  NEW LAW VIOLATION**
    a. **Evidence:**

        i. Sacramento County Sheriff's Department Incident Report Number 2020-0147890, dated May 18, 2020.

    b. **Witnesses:**

        i. Officers from the Sacramento County Sheriff's Department will testify to Shaynyuk's violation conduct.

RE: **Orest Shaynyuk**                                    Docket Number: **2:13CR00250-01**

**Charge 3:  NEW LAW VIOLATION**

    **a. Evidence:**

        i. Sacramento County Sheriff's Department Incident Report Number 2020-0147890, dated May 18, 2020.

    **b. Witnesses:**

        i. Officers from the Sacramento County Sheriff's Department will testify to Shaynyuk's violation conduct.

Respectfully submitted,

*/s/ Miranda L. Lutke*

**MIRANDA L. LUTKE**
**United States Probation Officer**
Telephone: (916) 786-2989

**DATED:**  8/28/2020
Roseville, California

Reviewed by,

*/s/ Michael K. McFarland*

**MICHAEL K. MCFARLAND**
**Supervising United States Probation Officer**

RE: **Orest Shaynyuk**                                    Docket Number: **2:13CR00250-01**

## REVOCATION GUIDE – SUPERVISED RELEASE

| **Name of Offender:** | Orest Shaynyuk | **Docket Number:** | 2:13CR00250-01 |
|---|---|---|---|
| **Date of Original Offense:** | 07/10/2013 | | |

**Original term of supervised release imposed:** 10 years

**Highest grade of violation alleged:** B

**Criminal History Category of offender:** I

**Original guideline range:** 70 to 87 months

**Chapter 7 range of imprisonment:** 4 to 10 months

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒        **Class C and/or D felony - 2 years**

**Violation requires mandatory revocation: YES:** ☐   **NO:** ☒

**<u>Original offense committed on or after 04/30/2003</u>:** Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## <u>MANDATORY REVOCATION ISSUES</u>

**<u>Original offense committed after 09/13/94:</u>** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**<u>Positive/Failed Drug Tests after 11/02/2002:</u>** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.