# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

CR NO: 2:13-CR-00250 JAM

**OREST WALTER SHAYNYUK**

        Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Orest Walter Shaynyuk
Detained at: San Quentin State Prison

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Petition
  charging detainee with: Violation of Supervised Release
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ ROGER YANG
Printed Name & Phone No: ROGER YANG (916) 554-2715
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, forthwith, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 4, 2021

/s/ Kendall Newman
Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: BN5677
Facility Address: Main Street, San Quentin, CA 94964
Facility Phone:
Currently

☒ Male    ☐ Female
DOB:
Race:
FBI#:

## RETURN OF SERVICE

Executed on: _____      _____
                                                     (signature)