**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for OREST SHAYNYUK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CASE NO.   13-CR-250-JAM |
|                                    ) |  |
|                     Plaintiff,     ) |  |
|                                    ) |  |
|                                    ) | DEFENDANT'S  MEMORANDUM RE: |
| v.                                 ) | DISPOSITION |
|                                    ) |  |
|                                    ) | DATE: August 17, 2021 |
| OREST SHAYNYUK,                    ) | Time:  9:00 am |
|                                    ) | COURT: Hon. John A. Mendez |
|                     Defendant.     ) |  |
|                                    ) |  |
| _____) |  |

TO:   PHILLIP A. TALBERT, ACTING UNITED STATES ATTORNEY; ROGER YANG, ASSISTANT UNITED STATES ATTORNEY; AND MIRANDA LUTKE, UNITED STATES PROBATION OFFICER.

The defendant, Orest Shaynyuk, by and through his attorney, Kyle Knapp, hereby submits the following Memorandum to augment slightly the materials presented in the dispositional memorandum files by probation in this matter and ask that he receive concurrent time in this matter.

A. BACKGROUND & § 3553(a) ANALYSIS

A) Mr. Shaynyuk will readily admit that he should be back before this court.  The circumstances of his violation and the parallel state court proceedings have manifestly driven home the message that he has to change his ways and divert from a path of self-destruction.

In the state court proceeding, he received 44 months for acts that occurred in 2012 and 2013. There, they were prosecuted as counts 2 and 3 and were part of the conduct that got him his 2015 sentence in federal court.1

Count 4, in state court, was for possession of materials that he should not have possessed, and his conduct was clearly in violation of his release conditions.  Manifestly, he has had since last August in both the Sacramento County jail and at San Quentin State prison to reflect on the lifestyle and conduct changes that he must make to avoid spending the rest of his young life in prison.

Mr. Shaynyuk and I have talked repeatedly about the counselling that he must embrace.  Prior to self-surrendering to jail in August of 2020, he engaged a counsellor who gave him a blueprint on how he has to conduct and live his life going forward so that he does not re-offend.

Mr. Shaynyuk has a supportive family that will assist him with employment and in getting the counselling he needs.  He knows he must embark upon a new path.

F) MR. SHAYNYUK'S PATH TO THIS HEARING

After Mr. Shaynyuk plead in state court, it was counsel's hope that we could handle the federal supervised release proceedings prior to his departure from the Sacramento County jail.  He was sentenced on April 8, 2021.  The logistics simply did not come together - he went through classification by CDCR and was sent to San Quentin.  He had to do quarantine upon his arrival there.  AUSA Yang and I sought to see if we could handle the supervised release proceedings remotely from San Quentin but that was logistically and legally impossible.  After the Writ was filed and served, Mr. Shaynyuk was inexplicably transported first to the Santa Rita – Alameda County jail for several days and then brought back to Sacramento County jail.  He again entered a period of lock down and quarantine.  His incarceration has been a long trip with many Covid related twists and turns.

Respectfully, Mr. Shaynyuk wishes to program and continue to serve his time to make amends.  He is committed to changing his life and his behavior and I believe he has a path forward.  He will readily admit that he violated the terms of his release and did not stay away from criminal behavior.  The time he has done has been through the thicket of the Covid outbreaks at the jail and fortunately he got vaccinated

---

1 Page 4 of the Dispositional memo lists counts 2 and 4 as occurring prior to commencement of his supervised release.  That may have been a typo, counts 2 and 3 in the state court case occurred prior.

.

Counsel humbly requests that Mr. Shaynyuk have his federal time run concurrent to the 44 months that he is serving in California's state prison.  We understand Probation's recommendation of 10 months custody and understand why they contend that it addresses the seriousness of his conduct, affords him adequate deterrence to future criminal conduct and protect the public from future crimes.  Respectfully the time that he is serving at San Quentin will do the same.  Mr. Shaynyuk will embrace his release conditions and has a plan to avoid placing himself in a position to ever be before this or any court again in the future.

Dated: August 15, 2021,                                                   Respectfully submitted.


                /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Orest Shaynyuk