HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00250-JAM-1 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | ) | |
| OREST SHAYNYUK, | ) | Date: July 1, 2025<br>Time: 9:00 a.m.<br>Judge: John A. Mendez |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Michelle Beckwith, Acting United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Orest Shaynyuk, that the admit/deny hearing, currently scheduled for July 1, 2025, be continued to August 19, 2025 at 9:00 a.m.

   Defense is viewing the computer evidence today and needs to meet with the client who is in Taft by video visit to discuss the possibility of a global resolution of the violation petition and the underlying criminal allegations. The parties believe a continuance to August 19, 2025, will permit defense counsel the additional time necessary to finalize any further negotiations.

//

//

//

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated:  June 17, 2025 |

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ANTHONY ALEXANDER BASSO

Dated:  June 17, 2025

MICHELLE BECKWITH
Acting United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

It is ordered that the July 1, 2025 admit/deny hearing shall be **CONTINUED** until **August 19, 2025, at 9:00 a.m.**

Dated: June 23, 2025                 /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE