HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00250-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| v. | Judge: Hon. John A. Mendez |
| OREST SHAYNYUK, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for OREST SHAYNYUK, that the admit/deny hearing scheduled for August 26, 2025, at 9:00 a.m., be vacated and the matter continued to September 9, 2025, at 9:00 a.m.

The defense requests the additional time so that the admit/deny hearing can be handled with the related substantive case which was filed last week (2:25-cr-00193-TLN).

//

//

//

Stipulation and Proposed Order                -1-

DATED: August 21, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for OREST SHAYNYUK

DATED: August 21, 2025

ERIC GRANT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The August 26, 2025 admit/deny hearing shall be **CONTINUED** until **September 9, 2025, at 9:00 a.m.**

August 21, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE